363

No. 64848.—Iceland Products, Inc., et al. v. United States, protests 58/17527, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of The Lee Herrmann Co., a/c The Coldwater Seafood Corp. v. United States (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 9, 1960

No. 64849.—Service Cycle Supply Corporation v. United States, protest 59/32571 (New York).

Opinion by Lawrence, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

No. 64850.—Momoi Company v. United States, protest 58/25513 (Seattle).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 9, 1960

No. 64851.—Michigan Liquor Control Commission et al. v. United States, protests 821291–G, etc. (Detroit).

Opinion by Richardson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in United States v. R. C. Williams & Co., Inc. (40 C.C.P.A. 130, C.A.D. 508), and Austin, Nichols & Co., Inc. v. United States (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.